**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERTO DURAND,<br><br>                    Petitioner,<br>     v.<br><br>STATE OF NEVADA, et al.,<br><br>                    Respondents. | Case No. 3:18-cv-00372-HDM-WGC<br><br>**ORDER** |

This habeas matter is before the Court on Petitioner Roberto Durand's Application to Proceed *In Forma Pauperis* ("IFP") (ECF Nos. 8,9). For the reasons discussed below, Petitioner's IFP Application is denied.

On August 17, 2018, the Court dismissed this action without prejudice because Petitioner did not file an accompanying petition with his IFP Application. (ECF No. 3.) The Court instructed Petitioner to file any petition, and either pay the filing fee or submit a complete IFP Application, in a new action only. (*Id.*) The Court instructed Petitioner to not file any more documents in this case. (*Id.*)

On November 30, 2021, Petitioner filed an incomplete IFP Application. (ECF No. 7.) On December 3, 2021, Petitioner filed another incomplete IFP Application. (ECF No. 8.) A prisoner's IFP application must be submitted on the court's form and include specific financial information: (1) a copy of the prisoner's account statement for the six-month period prior to filing, (2) a financial certificate signed by the prisoner *and* an authorized prison official, and (3) the prisoner's financial acknowledgement

1

confirming under the penalty of perjury that the financial information is true. 28 U.S.C. § 1915; LSR 1-1, LSR 1-2.

Petitioner failed to comply with the Court's instructions in its previous order. Accordingly, Petitioner's IFP Applications (ECF Nos. 7, 8) are denied. The Court reiterates to Petitioner that this action is dismissed because he did not file an accompanying petition and that Petitioner shall not file any more documents in this case.

**IT IS THEREFORE ORDERED:**

1. Petitioner's Applications to Proceed *In Forma Pauperis* (ECF Nos. 7, 8) are DENIED.

DATED: this 18th day of January, 2022.

_Howard D. McKibben_
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE